

# NUMBER 13-23-00011-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **JOSE ERNESTO CHAVEZ JR.,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 24th District Court
### of Calhoun County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Peña

This cause is before the Court upon its own motion. On January 5, 2023, appellant filed a notice of appeal in trial court cause number 16-04-7626. The trial court's certification of defendant's right to appeal indicates, "this is a plea-bargain case, and the defendant has NO right of appeal."

On January 10, 2023, the Court ordered appellant's counsel to review the record and determine whether appellant has the right to appeal. On January 30, 2023, appellant's counsel filed a response indicating the appellant waived his right to appeal and does not have the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right to appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3. Accordingly, the appeal is hereby dismissed.

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
16th day of February, 2023.